IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| United States of America, | ) | CRIMINAL NO. 0:07-43-CMC |
|---|---|---|
| v. | ) | **OPINION and ORDER** |
| David Scott Lee, | ) | |
| Defendant. | ) | |

Defendant, proceeding *pro se*, seeks reconsideration of this court's order granting summary judgment to the Government. *See* Opinion and Order (Dkt. #447, filed Feb. 1, 2010).

Defendant's motion is merely reargument of material rejected by this court in granting the Government's motion for summary judgment. Therefore, Defendant's motion is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 25, 2010